Motion granted. Pursuant to this Court's Case Management Conference Scheduling Order, "counsel are instructed to confer and agree on three proposed dates" for the continued case management conference and provide the agreed upon dates to the Court promptly.
/s/ John R. Adams
U.S. District Judge
February 14, 2020

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SAWMILL BUILDING SYSTEMS, INC.** | ) | **CASE NO: 1:19-CV-02639** |
| | ) | |
| | ) | **JUDGE JOHN R. ADAMS** |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **MOTION OF PLAINTIFF FOR** |
| | ) | **CONTINUANCE OF CASE** |
| **ALLEGION, PLC, et al.** | ) | **MANAGEMENT CONFERENCE** |
| | ) | **SCHEDULED FOR FEBRUARY 27, 2020** |
| **Defendants** | ) | |

Now comes Plaintiff, by and through undersigned counsel, and respectfully requests this Honorable Court continue the Case Management Conference scheduled for February 27, 2020. Counsel for Plaintiff is currently scheduled to be in Florida in a federal case (*Riverside Apartments of Cocoa, LLC, etc., et al. v. Landmark American Insurance Company*, U.S. District Middle District of Florida, Orlando Division Case 6:18-CV-1639) taking a deposition on February 28, 2020 at 9:00 a.m. Counsel's flight out of Cleveland Hopkins Airport is scheduled to leave on February 27, 2020 at 11:00 a.m., not affording Plaintiff's counsel sufficient time to attend the hearing in the *Sawmill* matter in Akron, Ohio, and make it to the Cleveland airport for a 11:00 a.m. flight.

For the foregoing reasons, Plaintiff respectfully requests this Honorable Court continue the Case Management Conference scheduled for February 27, 2020 to a date and time convenient to all counsel involved and this Honorable Court.